United States District Court
Southern District of Texas
**ENTERED**
August 07, 2018
David J. Bradley, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CRIMINAL DOCKET 4:14-CR-176-01** |
| § | **JUDGE NANCY ATLAS** |
| **TAE PAUL CHO** § | |

## ORDER

Chos unopposed motion to terminate his probation is granted. Chos probation in this matter is terminated.

Signed on August 7, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE